UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD OLIVERA ECKLUND,<br><br>    Petitioner,<br><br>    v.<br><br>HASHAN,<br><br>    Respondent. | Case No. 18-CV-00611 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On January 29, 2018, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for leave to proceed *in forma pauperis* ("IFP").[1] That same day, the court sent a notice to petitioner, informing him the IFP application he filed was deficient. The court provided petitioner with a blank IFP application, along with a return envelope, and notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and petitioner has not paid the filing fee, nor has he filed a completed IFP application.

Thus, the instant action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

---

[1] Petitioner's case was reassigned to this court on May 7, 2018.

Case No. 18-CV-00611 LHK (PR)
ORDER OF DISMISSAL

**IT IS SO ORDERED.**

DATED: 5/9/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE